DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
OWEN J. CLEMENTS, State Bar #141805
JAMES M. EMERY, State Bar #153630
VIRGINIA DARIO ELIZONDO, State Bar #134771
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3944
Facsimile:      (415) 554-3985
E-Mail:          owen.clements@sfgov.org

NOSSAMAN LLP
PAUL S. WEILAND, State Bar # 237058
pweiland@nossaman.com
ROBERT C. HORTON, State Bar # 235187
rhorton@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR LEE, and RECPARK GENERAL MANAGER
GINSBURG, in their official capacities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILD EQUITY INSTITUTE, et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>    Defendants.<br><br>SAN FRANCISCO PUBLIC GOLF ALLIANCE,<br><br>    Defendant-Intervenor. | Case No. 3:11-cv-00958 SI<br><br>STIPULATION AND [~~PROPOSED~~] CASE MANAGEMENT ORDER NO. 1 |

Pursuant to the Court's instructions at the initial Case Management Conference in this matter, held on the morning of June 24, 2011, the parties have met and conferred concerning the pre-trial and trial schedule in this case. The parties, through their respective counsel, hereby stipulate to the schedule set forth below in this [Proposed] Case Management Order Number 1.

Respectfully submitted,

FOR PLAINTIFFS:

Date: June 28, 2011

*/s/ Brent Plater*
Brent Plater (CA Bar No. 209555)
WILD EQUITY INSTITUTE
bplater@wildequity.org

*/s/ Howard M. Crystal*
Howard M. Crystal (D.C. Bar No. 446189)
Eric R. Glitzenstein (D.C. Bar No. 358287)
*Pro Hac Vice*
MEYER GLITZENSTEIN & CRYSTAL
eglitzenstein@meyerglitz.com
hcrystal@meyerglitz.com

FOR DEFENDANTS:

Date: June 28, 2011

DENNIS J. HERRERA (CA 129669)
City Attorney
DANNY CHOU (CA 180240)
CHIEF OF COMPLEX AND SPECIAL LITIGATION
OWEN J. CLEMENTS (CA 141085)
JAMES M. EMERY (CA 153630)
VIRGINIA DARIO ELIZONDO (CA 134771
DEPUTY CITY ATTORNEYS

By:     */s/ Owen J. Clements*
OWEN J. CLEMENTS

NOSSAMAN LLP
PAUL S. WEILAND (CA 237058)
ROBERT C. HORTON (CA 235187)

FOR DEFENDANT INTERVENOR:

Date: June 28, 2011

*/s/ Christopher J. Carr*
EDGAR B. WASHBURN (CA 34038)
CHRISTOPHER J. CARR (CA 184076
JENNIFER R. JEFFERS (CA 273461)
MORRISON & FOERSTER LLP
CCarr@mofo.com

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES.

### [PROPOSED] CASE MANAGEMENT ORDER NUMBER 1

Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court hereby adopts the following Case Management Schedule:

| Date | Time | Event |
|---|---|---|
| Fri., July 8, 2011 | | First date on which parties may serve written discovery. |
| Fri., Sept. 2, 2011 | | Target date for ADR Process Completion |
| Fri., Sept. 23, 2011 | | Deadline for plaintiffs to file motion for preliminary injunction |
| Fri., Oct. 21, 2011 | | Deadline for defendants to file opposition to motion for preliminary injunction |
| Fri., Nov. 4, 2011 | | Deadline for plaintiffs to file reply in support of motion for preliminary injunction |
| Fri., Nov. 18, 2011 | 9:00 a.m. | Hearing on motion for preliminary injunction and further Case Management Conference |
| Fri., Jan. 13, 2012 | | Expert Disclosure (initial) |
| Fri., Feb. 24, 2012 | | Expert Disclosure (rebuttal) |
| Fri., March 9, 2012 | | Non-Expert Discovery & Disclosure Cut-Off |
| Mon. Mar. 12, to Fri., April 6, 2012 | | Period for Expert Depositions |
| Fri., April 6, 2012 | | Expert Discovery & Disclosure Cut-Off |
| Fri., May 11, 2012 | 9:00 a.m. | Last day for <u>hearing</u> pretrial motions, including dispositive motions |
| Tues., June 5, 2012 | | Last date for parties to meet and confer regarding preparation of Joint Final Pretrial Conference Statement |
| Tues., June 12, 2012 | | File Joint Final Pretrial Conference Statement, incl. Motions in Limine |
| Tues., June 26, 2012 | 3:30 p.m. | Pretrial Conference; Hearing on Motions in Limine |

| | | |
|---|---|---|
| 1 | Fri., July 13, 2012 | 8:30 a.m. | Lodge exhibits and other pretrial material |
| 2 | Mon., July 16, 2012 | 9:00 a.m. | Court Trial – parties estimate two weeks (i.e., 8 court days) |

**IT IS SO ORDERED.**

Dated: 6/29/11

*[signature: Susan Illston]*

Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE