IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILD EQUITY INSTITUTE, *et al.*,

          Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

          Defendants.

_____/

No. C 11-00958 SI

**ADR ORDER**

      This case is hereby referred to the Court's mediation program, with mediation to be completed within the presumptive time limits.

      **IT IS SO ORDERED.**

Dated:  July 7, 2011

                               SUSAN ILLSTON
                               United States District Judge

**United States District Court**
For the Northern District of California