| | |
|---|---|
| 1 | Brent Plater (CA Bar No. 209555) |
| | WILD EQUITY INSTITUTE |
| 2 | PO Box 191695 |
| | San Francisco, CA 94119 |
| 3 | Telephone: (415) 349-5787 |
| | bplater@wildequity.org |
| 4 | |
| | Eric R. Glitzenstein (D.C. Bar No. 358287) |
| 5 | Howard M. Crystal (D.C. Bar No. 446189) |
| | *Pro Hac Vice* |
| 6 | MEYER GLITZENSTEIN & CRYSTAL |
| | 1601 Connecticut Ave., N.W., Suite 700 |
| 7 | Washington, D.C., 20009 |
| | Telephone: (202) 588-5206 |
| 8 | eric@meyerglitz.com |
| | hcrystal@meyerglitz.com |
| 9 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| | WILD EQUITY INSTITUTE, a non-profit corporation, *et al.*, | ) ) ) | Case No.: 3:11-CV-00958 SI |
| | | ) ) | **STIPULATION CONCERNING PLAINTIFFS'** |
| | Plaintiffs, | ) ) | **REPLY BRIEF IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |
| | v. | ) ) | Date: November 18, 2011 |
| | CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | ) ) ) | Time: 9:00 a.m. Courtroom: 10, 19th Floor Judge: Hon. Susan Illston |
| | Defendants. | ) ) | |

Plaintiffs Wild Equity Institute, *et al.*, Defendants City and County of San Francisco, *et al.*, and Intervenor San Francisco Public Golf Alliance, by and through their respective counsel, hereby stipulate to Plaintiffs filing one consolidated twenty-five (25) page Reply brief in support of their motion for a preliminary injunction, as follows:

1. On September 23, 2011, Plaintiffs filed a twenty-five (25) page motion for a preliminary injunction (DN 53).

*Wild Equity Inst. v. San Francisco*, No. 3:11-CV-00958 SI
Stipulation

2.       On October 21, 2011, Defendants filed a twenty-three (23) page Opposition to Plaintiffs' motion (DN 63).  The same day Intervenors filed a seventeen (17) page Opposition to Plaintiffs' motion (DN 67).

3.       Local Rule 7-4 provides for 15 page Reply briefs.  Rather than file separate briefs responding to Defendants' and Intervenor's filings, Plaintiffs propose to file one consolidated Reply brief not to exceed twenty-five (25) pages.  Defendants and Intervenors consent to this approach.

4.       Pursuant to the Court's June 29, 2011 Case Management Order, Plaintiffs' Reply brief is due on or before November 4, 2011.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff, Defendants, and Intervenor that on or before November 4, 2011, Plaintiffs may file one consolidated Reply brief, not to exceed twenty-five (25) pages.

DATED: October 26, 2011                     Respectfully submitted,

*/s/ Brent Plater*
Brent Plater (CA Bar No. 209555)

*/s/ Howard M. Crystal*
Howard M. Crystal (D.C. Bar No. 446189)
MEYER GLITZENSTEIN & CRYSTAL
*Pro Hac Vice*

Attorneys for Plaintiffs

DENNIS J. HERRERA (CA 129669)
City Attorney

OWEN J. CLEMENTS (CA 141085)
JAMES M. EMERY (CA 153630)
VIRGINIA DARIO ELIZONDO (CA 134771
DEPUTY CITY ATTORNEYS
By:  */s/ Owen J. Clements*
(authorized Oct. 26, 2011)

Attorneys for Defendants

*Wild Equity Inst.  v. San Francisco*, No. 3:11-CV-00958 SI
Stipulation

1
2    MORRISON & FOERSTER LLP
3    By: */s/ Christopher J. Carr*
     (authorized Oct. 26, 2011)
4    Attorney for Defendant-Intervenor
5
6    PURSUANT TO STIPULATION, IT IS SO ORDERED:
7    _____
8    Judge Susan Illston
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Wild Equity Inst.  v. San Francisco*, No. 3:11-CV-00958 SI
Stipulation