1 DENNIS J. HERRERA, State Bar #139669
  City Attorney
2 DANNY CHOU, State Bar #180240
  Chief of Complex and Special Litigation
3 OWEN J. CLEMENTS, State Bar #141805
  JAMES M. EMERY, State Bar #153630
4 VIRGINIA DARIO ELIZONDO, State Bar #134771
  Deputy City Attorneys
5 OFFICE OF THE CITY ATTORNEY
  1390 Market Street, 7th Floor
6 San Francisco, California 94102-5408
  Telephone:    (415) 554-4261
7 Facsimile:    (415) 554-3985
  E-Mail:       jim.emery@sfgov.org
8
  NOSSAMAN LLP
9 PAUL S. WEILAND, State Bar # 237058
  pweiland@nossaman.com
10 ROBERT C. HORTON, State Bar # 235187
11 rhorton@nossaman.com
  18101 Von Karman Avenue, Suite 1800
12 Irvine, CA 92612-0177
  Telephone: (949) 833-7800
13 Facsimile: (949) 833-7878

14 Attorneys for Defendants
  CITY AND COUNTY OF SAN FRANCISCO,
15 MAYOR LEE, and RECPARK GENERAL MANAGER
  GINSBURG, in their official capacities
16

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19 WILD EQUITY INSTITUTE, et al.          Case No. 3:11-cv-00958 SI

20         Plaintiffs,                    **STIPULATION AND [PROPOSED] ORDER RE
                                          OBJECTIONS TO EVIDENCE**
21         vs.
                                          Date: November 18, 2011
22 CITY AND COUNTY OF SAN                 Time: 9:00 a.m.
  FRANCISCO, et al.                       Courtroom 10, 19th Floor
23                                        Judge: Hon. Susan Illston
         Defendants.
24

25 SAN FRANCISCO PUBLIC GOLF
  ALLIANCE,
26
         Defendant-Intervenor.
27

28

WHEREAS, plaintiffs' motion for preliminary injunction is set for hearing at 9:00 a.m. on November 18, 2011;

WHEREAS, pursuant to a stipulated scheduling order, plaintiffs filed their preliminary injunction motion on September 23, 2011, defendants and defendant-intervenors filed their respective oppositions to preliminary injunction on October 21, 2011, and Plaintiffs filed their reply papers supporting their preliminary injunction on November 4, 2011;

WHEREAS, defendant City and County of San Francisco filed Objections to Evidence on November 2, 2011 and defendant-intervenor San Francisco Golf Association joined San Francisco's objections on November 2, 2011;

WHEREAS, the stipulated briefing schedule did not provide for Objections to Evidence;

WHEREAS, Local Civil Rule 7-3(a) now provides that "[a]ny evidentiary and procedural objections to the motion must be contained within the [opposition] brief or memorandum";

WHEREAS, defendants' counsel were not aware that the Court had amended Local Civil Rule 7-3(a) to include this requirement; and defendants believe, in light of the issues presented in plaintiffs' motion and the Court's crowded law-and-motion calendar on November 18 that it will assist the Court to have defendants' objections in writing; and

WHEREAS, defendants seek leave, *nunc pro tunc*, to file their November 2 Objections to Evidence;

WHEREAS, plaintiffs have agreed to this Stipulation in order to avoid burdening the Court with an additional dispute, but take no position at this time whether defendants' filing of Objections to Evidence was necessary or appropriate;

NOW THEREFORE,

The parties have met and conferred and agree as follows:

1.      Plaintiffs shall file their response to defendants' Objections to Evidence on or before November 11, 2011;

2.      Plaintiffs' response to defendants' Objections to Evidence shall not exceed 8 pages; and

1    3.    No party shall file any additional papers in advance of the November 18 hearing on

2  plaintiffs' Preliminary Injunction motion, unless ordered by the Court.

3                                        Respectfully submitted,

4  FOR PLAINTIFFS:

5  Date:  November 8, 2011                */s/ Brent Plater*_____
                                         Brent Plater (CA Bar No. 209555)
6                                        WILD EQUITY INSTITUTE
                                         bplater@wildequity.org
7
                                         */s/ Howard M. Crystal*_____
8                                        Howard M. Crystal (D.C. Bar No. 446189)
                                         Eric R. Glitzenstein (D.C. Bar No. 358287)
9                                        *Pro Hac Vice*
                                         MEYER GLITZENSTEIN & CRYSTAL
10                                       eglitzenstein@meyerglitz.com
                                         hcrystal@meyerglitz.com
11
   FOR DEFENDANTS:
12
   Date:  November 8, 2011               DENNIS J. HERRERA (CA 129669)
13                                       City Attorney
                                         DANNY CHOU (CA 180240)
14                                       CHIEF OF COMPLEX AND SPECIAL LITIGATION
                                         OWEN J. CLEMENTS (CA 141085)
15                                       JAMES M. EMERY (CA 153630)
                                         VIRGINIA DARIO ELIZONDO (CA 134771
16                                       DEPUTY CITY ATTORNEYS

17                                       By:    */s/ James M. Emery*_____
                                         JAMES M. EMERY
18
                                         NOSSAMAN LLP
19                                       PAUL S. WEILAND (CA 237058)
                                         ROBERT C. HORTON (CA 235187)
20
   FOR DEFENDANT INTERVENOR:
21
   Date:  November 8, 2011               */s/ Christopher J. Carr*_____
22                                       EDGAR B. WASHBURN (CA 34038)
                                         CHRISTOPHER J. CARR (CA 184076)
23                                       JENNIFER R. JEFFERS (CA 273461)
                                         MORRISON & FOERSTER LLP
24                                       CCarr@mofo.com

25

26        **IT IS SO ORDERED.**

27  Dated:  ___11/8/11_____            _____
                                         Hon. Susan Illston
28                                       UNITED STATES DISTRICT COURT JUDGE

**Stip and [Proposed] Order**                    3                    n:\cxlit\li2011\090396\00737116.doc
Case No. 3:11-cv-00958 SI