Brent Plater (CA Bar No. 209555)
WILD EQUITY INSTITUTE
PO Box 191695
San Francisco, CA 94119
Telephone: (415) 349-5787
bplater@wildequity.org

Eric R. Glitzenstein (D.C. Bar No. 358287)
Howard M. Crystal (D.C. Bar No. 446189)
*Pro Hac Vice*
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C., 20009
Telephone: (202) 588-5206
eric@meyerglitz.com
hcrystal@meyerglitz.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Defendants. | Case No.: 3:11-CV-00958 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND UPCOMING EXPERT DISCLOSURE DEADLINES**<br><br>Date: January 27, 2012<br>Time: 3:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

Pursuant to Local Rule 6-1, Plaintiffs Wild Equity Institute, *et al.*, Defendants City and County of San Francisco, *et al.*, and Intervenor San Francisco Public Golf Alliance, by and through their respective counsel, hereby stipulate to extend the initial and rebuttal Expert Disclosure deadlines provided in the Court's June 29, 2011 Case Management Order (DN 49) by one week, as follows:

1. On June 29, 2011 the Court issued Case Management Order Number 1 (DN 49) in this case, setting pre-trial deadlines including deadlines for initial and rebuttal expert disclosures. Under that Order Expert Disclosures (initial) are due January 13, 2012, and Expert Disclosures (rebuttal) are due February 24, 2012.

2. In light of several factors Plaintiffs have proposed extending the deadline for initial expert disclosures, and as a result of those discussions the parties have agreed to extend the deadline for both initial and rebuttal expert disclosures by one week.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff, Defendants, and Intervenor that the deadline for Expert Disclosure (initial) be extended from January 13, 2012 to January 20, 2012, and that the deadline for Expert Disclosure (rebuttal) be extended from February 24, 2012 to March 2, 2012. The parties intend to address any other modifications to the pre-trial schedule in their Further Case Management Conference Statement due on January 20, 2012, and at the January 27, 2012 conference.

DATED: January 5, 2012               Respectfully submitted,

*/s/ Brent Plater*
Brent Plater (CA Bar No. 209555)

*/s/ Howard M. Crystal*
Howard M. Crystal (D.C. Bar No. 446189)
MEYER GLITZENSTEIN & CRYSTAL
*Pro Hac Vice*

Attorneys for Plaintiffs

DENNIS J. HERRERA (CA 129669)
City Attorney

OWEN J. CLEMENTS (CA 141085)
JAMES M. EMERY (CA 153630)
VIRGINIA DARIO ELIZONDO (CA 134771
DEPUTY CITY ATTORNEYS
By: */s/ Owen J. Clements*
(authorized January 4, 2012)

Attorneys for Defendants

MORRISON & FOERSTER LLP

By: */s/ Christopher J. Carr*
(authorized January 4, 2012)

Attorney for Defendant-Intervenor

*Wild Equity Inst. v. San Francisco*, No. 3:11-CV-00958 SI
Stipulation

**IT IS SO ORDERED.**

Date: __1/6/12__

_____
Hon. Susan Illston
United States District Court Judge