Brent Plater (CA Bar No. 209555)
WILD EQUITY INSTITUTE
PO Box 191695
San Francisco, CA 94119
Telephone:  (415) 349-5787
bplater@wildequity.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation, *et al.* ) ) ) | Case No.: 3:11-CV-00958 SI |
| Plaintiffs, ) ) ) | **STIPULATION CONCERNING PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. ) ) | Date: April 20, 2012 |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, ) ) ) | Time: 9:00 a.m. Courtroom: 10, 19th Floor Judge: Hon. Susan Illston |
| Defendants. ) ) | |

Plaintiffs Wild Equity Institute, *et al.*, Defendants City and County of San Francisco, *et al.*, and Intervenor San Francisco Public Golf Alliance, by and through their respective counsel, hereby stipulate to Plaintiffs filing one consolidated twenty (20) page Reply brief in support of their motion for partial summary judgment, as follows:

1.      On March 2, 2012, Plaintiffs filed a motion for partial summary judgment (DN 102).

2.      On March 23, 2012, Defendants filed an Opposition to Plaintiffs' motion (DN 114).  The same day Intervenor filed a separate Opposition to Plaintiffs' motion (DN 112).

3.      Local Rule 7-4 provides for 15 page Reply briefs.  Rather than file separate briefs responding to Defendants' and Intervenor's filings, Plaintiffs propose to file one consolidated Reply brief not to exceed twenty (20) pages.  Defendants and Intervenor consent to this approach.

4. Pursuant to the Court's February 6, 2012 Case Management Order, Plaintiffs' Reply brief is due on or before April 6, 2012.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff, Defendants, and Intervenor that on or before April 6, 2012 Plaintiffs may file one consolidated Reply brief, not to exceed twenty (20) pages.

DATED: April 3, 2012                     Respectfully submitted,

                                         */s/ Brent Plater*
                                         Brent Plater (CA Bar No. 209555)

                                         */s/ Howard M. Crystal*
                                         Howard M. Crystal (D.C. Bar No. 446189)
                                         *Pro hac vice*

                                         Attorneys for Plaintiffs

                                         DENNIS J. HERRERA (CA 129669)
                                         City Attorney

                                         OWEN J. CLEMENTS (CA 141085)
                                         JAMES M. EMERY (CA 153630)
                                         VIRGINIA DARIO ELIZONDO (CA 134771
                                         DEPUTY CITY ATTORNEYS
                                         By: */s/ James M. Emery*

                                         Attorneys for Defendants

                                         MORRISON & FOERSTER LLP

                                         By: */s/ Christopher J. Carr*
                                         Christopher J. Carr

                                         Attorney for Defendant-Intervenor

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____  4/6/12
Judge Susan Illston

*Wild Equity Inst.  v. San Francisco*, No. 3:11-CV-00958 SI
Stipulation