IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILD EQUITY INSTITUTE, *et al.*,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 11-00958 SI

**REQUEST FOR STATUS UPDATE**

On April 26, 2012, the Court issued an order staying this case pending the Section 7 consultation process between defendant City and County of San Francisco (the "City") and the Fish and Wildlife Service ("FWS"). On May 23, 2012, the parties filed a Joint Status Report informing the Court that FWS had received sufficient information from the City to "begin the formal consultation clock." *See* Dkt. 143, Ex. A.

The Court hereby REQUESTS a further update as to the status of the FWS consultation. The parties shall file a Joint Status Report by Friday, August 31, 2012.

**IT IS SO ORDERED.**

Dated: August 27, 2012

                                            SUSAN ILLSTON
                                            United States District Judge